[No. 31501-7-II.  Division Two.  March 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON SANTIAGO LEE ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01846-2, Jill Johanson, J., entered February 26, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 31637-4-II.  Division Two.  March 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER JAMES BOETHIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-01405-2, John P. Wulle, J., entered April 6, 2004. *Reversed* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Armstrong, JJ. Now published at 126 Wn. App. 695.

[No. 31661-7-II.  Division Two.  March 15, 2005.]

*In the Matter of the Guardianship of*
MICHELLE MCKEAN ET AL.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-4-00243-1, Beverly Grant, J., entered April 20, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 21863-5-III.  Division Three.  March 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CURT ALAN PEDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 01-1-00139-8, E. Thompson Reynolds, J., entered March 3, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.